**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICK GREEN AND EVGENIA NIKITINA, Individually and on behalf of all others similarly situated,<br><br><div align="center">Plaintiff(s),</div><br>v.<br><br>MAISON SOLUTIONS INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES LLC,<br><br><div align="center">Defendant(s).</div> | Case No. LA-2:24-cv-00063-SPG-KLS<br><br>**[PROPOSED] ORDER GRANTING MOTION OF ILSAN KIM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** |

On March 4, 2024, Movant Ilsan Kim ("Movant") filed with the Court his written Motion, brought Pursuant to Section 27 of the Securities Act of 1933 and Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42(a), on the grounds (1) that Movant should be appointed as Lead Plaintiff for the class of all

-1-

purchasers or acquirers of Maison Solution Inc's: (a) purchasers or acquirers of Maison Solutions Inc.'s: (a) Class A common stock pursuant and/or traceable to the registration statement and prospectus issued in connection with the Company's October 2023 initial public offering; and/or (b) securities between October 5, 2023 and December 15, 2023, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (2) that Movant's selection of Rosen Law as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type (the "Motion").

The Court, having considered Movant's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Pursuant to Section 27 of the Securities Act and Section 21D(a)(3)(B) of the Exchange Act, Movant is appointed as Lead Plaintiff for the class as he has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23;

2. Movant's choice of counsel is approved and accordingly, The Rosen Law Firm, P.A. is appointed as Lead Counsel;

3. Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the

following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and the Class.

IT IS SO ORDERED.

Dated:

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE