# Exhibit 3

**Maison Solutions Inc Loss Chart**
Pursuant and/or traceable to the IPO and/or October 5, 2023 through December 15, 2023

| Name | Date Purchased | Shares | Securities Act Price per Share (Capped at $4.00) | Exchange Act Price per Share | Securities Act Total | Exchange Act Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Securities Act Value Retained | Exchange Act Value Retained | Securities Act Total Loss/Gain | Exchange Act Total Loss/Gain | Securities Act Lookback Price | Exchange Act Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | $1.15 | $1.27 |
| Ilsan Kim | 12/14/2023 | 27200 | ($4.00) | ($14.30) | ($108,800.00) | ($388,960.00) | | | | | 27,200 | $31,280.00 | $34,674.23 | ($77,520.00) | ($354,285.77) | | |