**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| RICK GREEN And EVGENIA NIKITINA, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAISON SOLUTIONS INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES LLC,<br><br>Defendants. | Case No. 2:24-cv-00063-SPG-KS<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE MAISON INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |
|---|---|

On March 4, 2024, Lead Plaintiff Movants Migwang Jeong, Yun Jung Kim, Yousub Jun, Lee Sun-Bok, and Hyeonnam Gang (the "Maison Investor Group") filed the Motion of the Maison Investor Group for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Motion"). The Motion seeks appointment of the Maison Investor Group as lead plaintiff, and approval of its selection of Glancy Prongay & Murray LLP as lead counsel for the class pursuant to the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), and 15 U.S.C. § 77z-1(a)(3)(B).

The Court, having considered the Motion, and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows

-1-

1.      The Court, having considered the provisions of 15 U.S.C. § 78u-4(a)(3)(B) and 15 U.S.C. § 77z-1(a)(3)(B), appoints the Maison Investor Group as Lead Plaintiff.

2.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v) and 15 U.S.C. § 77z-1(a)(3)(B)(v), the Court approves Glancy Prongay & Murray LLP as Lead Counsel for the class.

IT IS SO ORDERED.

Dated: _____    _____

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-