Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant the Maison Investor Group*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK GREEN And EVGENIA NIKITINA, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MAISON SOLUTIONS INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES LLC, <br><br> Defendants. | Case No. 2:24-cv-00063-SPG-KS <br><br> **DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF THE MAISON INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** <br><br> Date:    April 3, 2024 <br> Time:    1:30 p.m. <br> Crtrm.:   5C <br> Judge:   Hon. Sherilyn Peace Garnett |

DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF THE MAISON INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

I, Charles H. Linehan, declare as follows:

1.    I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Migwang Jeong, Yun Jung Kim, Yousub Jun, Lee Sun-Bok, and Hyeonnam Gang (the "Maison Investor Group") and proposed lead counsel for the class in the above-captioned action. I make this declaration in support of the Motion of the Maison Investor Group for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Notice published on *Business Wire* on January 4, 2024, announcing the pendency of the securities class action against the Defendants herein;

Exhibit B:    Signed PSLRA Certifications of the Maison Investor Group;

Exhibit C:    Analysis of the Maison Investor Group's financial interest;

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:    Joint Declaration of the Maison Investor Group in Support of Its Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of March 2023, at Los Angeles, California.

s/ Charles H. Linehan
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF THE MAISON INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

1