# EXHIBIT A





# MSS CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against Maison Solutions Inc.

January 04, 2024 01:48 PM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Central District of California, captioned *Green, et al. v. Maison Solutions Inc., et al.,* Case No. 24-cv-63, on behalf of persons and entities that purchased or otherwise acquired Maison Solutions Inc. ("Maison" or the "Company") (NASDAQ: MSS) (a) Class A common stock pursuant and/or traceable to the registration statement and prospectus (collectively, the "Registration Statement") issued in connection with the Company's October 2023 initial public offering ("IPO" or the "Offering"); and/or (b) securities between **October 5, 2023 and December 15, 2023**, inclusive (the "Class Period"). Plaintiffs pursue claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your Maison investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at www.glancylaw.com/cases/Maison-Solutions-Inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

In October 2023, Maison conducted its IPO, selling 2,500,00 shares of Class A common stock at $4.00 per share.

On December 15, 2023, Hindenburg Research published a report about Maison, alleging a number of "red flags" concerning potentially illegal activities. Hindenburg reported that the Company's Chief Executive Officer, John Xu, is also the President of J&C International Group ("J&C") a company which "support[s] immigration services for high-net-worth Chinese investors" and that J&C, Xu, and an alleged related entity, Hong Kong Supermarkets, allegedly used supermarkets as a front to defraud the EB-5 visa program. Hindenburg's investigation further revealed that the Company may be "being pumped by WhatsApp chat rooms" with screenshots of chatrooms showing "trading plans."

On this news, Maison's stock price fell $12.71 per share, or 83.6%, to close at $2.50 per share on Friday, December 15, 2023, on unusually heavy trading volume. By the commencement of this action, Maison stock has traded as low as $1.50 per share, a more than 62% decline from the $4 per share IPO price.

The complaint filed in this class action alleges that the Registration Statement and throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company's vendor XHJC Holdings Inc., is a related party; (2) that the Company's CEO and related entities were alleged to have used supermarkets as a front to defraud the EB-5 visa program; and (3) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Maison securities, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts
Glancy Prongay & Murray LLP, Los Angeles
Charles H. Linehan, 310-201-9150 or 888-773-9224
1925 Century Park East, Suite 2100

Los Angeles, CA 90067

www.glancylaw.com

shareholders@glancylaw.com