# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**MAISON SOLUTIONS INC. SECURITIES LITIGATION**

I, Migwang Jeong, certify that:

1.  I have reviewed the Complaint, adopt its allegations, and authorize the filing of a Lead Plaintiff motion on my behalf.

2.  I did not purchase the Maison Solutions Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Maison Solutions Inc. securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

5.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.


2/29/2024
_____
Date

_____
Migwang Jeong

**Migwang Jeong's Transactions in Maison Solutions Inc. (MSS)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/28/2023 | Bought | 582 | $12.5100 |
| 11/28/2023 | Bought | 138 | $12.5100 |
| 11/28/2023 | Bought | 560 | $12.5100 |
| 12/1/2023 | Sold | -1,280 | $15.1000 |
| 12/5/2023 | Bought | 6,000 | $13.0100 |
| 12/5/2023 | Bought | 600 | $13.0100 |
| 12/8/2023 | Sold | -6,000 | $14.5000 |
| 12/8/2023 | Sold | -600 | $14.5000 |
| 12/13/2023 | Bought | 17,728 | $14.7000 |
| 12/13/2023 | Bought | 2,678 | $14.7000 |
| 12/13/2023 | Bought | 5,678 | $14.7000 |

**SWORN CERTIFICATION OF PLAINTIFF**

**MAISON SOLUTIONS INC. SECURITIES LITIGATION**

I, Yun Jung Kim, certify that:

1.  I have reviewed the Complaint, adopt its allegations, and authorize the filing of a Lead Plaintiff motion on my behalf.

2.  I did not purchase the Maison Solutions Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Maison Solutions Inc. securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

5.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

2/23/2024
_____
Date

*Yun Jung Kim*
_____
Yun Jung Kim

**Yun Jung Kim's Transactions in Maison Solutions Inc. (MSS)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/28/2023 | Bought | 3,986 | $12.5100 |
| 12/1/2023 | Sold | -3,986 | $15.1000 |
| 12/5/2023 | Bought | 8,640 | $13.0200 |
| 12/8/2023 | Sold | -8,640 | $14.4900 |
| 12/12/2023 | Bought | 7,867 | $14.3000 |
| 12/13/2023 | Bought | 16,801 | $14.7000 |

**SWORN CERTIFICATION OF PLAINTIFF**

**MAISON SOLUTIONS INC. SECURITIES LITIGATION**

I, Yousub Jun, certify that:

1. I have reviewed the Complaint, adopt its allegations, and authorize the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase the Maison Solutions Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Maison Solutions Inc. securities during the Class Period set forth in the Complaint are as follows:

   (See attached transactions)

5. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.


2/5/2024
_____
Date

*Yousub Jun*
_____
Yousub Jun

**Yousub Jun's Transactions in Maison Solutions Inc. (MSS)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 12/4/2023 | Bought | 1,000 | $12.5100 |
| 12/4/2023 | Bought | 1,000 | $11.1000 |
| 12/5/2023 | Bought | 3,080 | $13.0000 |
| 12/6/2023 | Bought | 10,116 | $13.1100 |
| 12/8/2023 | Bought | 3,000 | $12.5500 |
| 12/8/2023 | Sold | -3,080 | $14.5000 |
| 12/11/2023 | Bought | 2,142 | $14.0000 |
| 12/13/2023 | Bought | 4,236 | $14.7000 |

**SWORN CERTIFICATION OF PLAINTIFF**

**MAISON SOLUTIONS INC. SECURITIES LITIGATION**

I, Lee Sun-Bok, certify that:

1.  I have reviewed the Complaint, adopt its allegations, and authorize the filing of a Lead Plaintiff motion on my behalf.

2.  I did not purchase the Maison Solutions Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Maison Solutions Inc. securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

5.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

1/26/2024
_____
Date

_____
Lee Sun-Bok

**Lee Sun-Bok's Transactions in Maison Solutions Inc. (MSS)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 12/12/2023 | Bought | 12,300 | $14.3000 |
| 12/13/2023 | Bought | 4 | $14.7000 |
| 12/13/2023 | Bought | 2,585 | $14.7000 |
| 12/13/2023 | Bought | 1,547 | $14.7000 |

**SWORN CERTIFICATION OF PLAINTIFF**

**MAISON SOLUTIONS INC. SECURITIES LITIGATION**

I, Hyeonnam Gang, certify that:

1. I have reviewed the Complaint, adopt its allegations, and authorize the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase the Maison Solutions Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Maison Solutions Inc. securities during the Class Period set forth in the Complaint are as follows:

   (See attached transactions)

5. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

1/26/2024
_____                    _____
Date                                                          Hyeonnam Gang

**Hyeonnam Gang's Transactions in Maison Solutions Inc. (MSS)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/22/2023 | Bought | 2,094 | $9.7600 |
| 11/24/2023 | Sold | -2,094 | $10.9000 |
| 11/28/2023 | Bought | 3,295 | $12.5100 |
| 12/1/2023 | Sold | -3,295 | $15.1000 |
| 12/5/2023 | Bought | 7,700 | $13.0200 |
| 12/8/2023 | Sold | -7,700 | $14.4900 |
| 12/11/2023 | Bought | 300 | $13.3000 |
| 12/11/2023 | Bought | 300 | $14.8200 |
| 12/11/2023 | Sold | -300 | $14.5500 |
| 12/12/2023 | Bought | 5,800 | $14.3000 |
| 12/12/2023 | Bought | 1,900 | $14.3000 |
| 12/13/2023 | Bought | 6,876 | $14.7000 |
| 12/13/2023 | Bought | 70 | $15.1900 |
| 12/13/2023 | Bought | 22 | $14.7000 |
| 12/13/2023 | Bought | 8 | $15.0000 |