# EXHIBIT C

**Summary of Movants' Financial Interest in Maison Solutions Inc.**

| Exchange Act Class Period: October 5, 2023 to December 15, 2023 | |
|---|---:|
| Migwang Jeong: | -$336,582.56 |
| Yun Jung Kim: | -$304,574.83 |
| Yousub Jun: | -$253,745.65 |
| Lee Sun-Bok: | -$215,452.31 |
| Hyeonnam Gang: | -$175,174.26 |
| **Exchange Act Total:** | **-$1,285,529.61** |

| Securities Act Class Period: Traceable to October 4, 2023 IPO at $4.00 | |
|---|---:|
| Migwang Jeong: | -$74,339.40 |
| Yun Jung Kim: | -$70,303.80 |
| Yousub Jun: | -$61,257.90 |
| Lee Sun-Bok: | -$46,842.60 |
| Hyeonnam Gang: | -$42,681.60 |
| **Securities Act Total:** | **-$295,425.30** |

## Financial Interest Analysis
### **Exchange Act**

**Company Name:**   Maison Solutions Inc.
**Ticker:**   MSS
**Class Period:**   October 5, 2023 to December 15, 2023

**Name:**   Migwang Jeong

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/28/2023 | 582 | $12.5100 | -$7,280.8200 | | $0.0000 | -$7,280.82 |
| 11/28/2023 | 138 | $12.5100 | -$1,726.3800 | | $0.0000 | -$1,726.38 |
| 11/28/2023 | 560 | $12.5100 | -$7,005.6000 | | $0.0000 | -$7,005.60 |
| 12/1/2023 | -1,280 | | $0.0000 | $15.1000 | $19,328.0000 | $19,328.00 |
| 12/5/2023 | 6,000 | $13.0100 | -$78,060.0000 | | $0.0000 | -$78,060.00 |
| 12/5/2023 | 600 | $13.0100 | -$7,806.0000 | | $0.0000 | -$7,806.00 |
| 12/8/2023 | -6,000 | | $0.0000 | $14.5000 | $87,000.0000 | $87,000.00 |
| 12/8/2023 | -600 | | $0.0000 | $14.5000 | $8,700.0000 | $8,700.00 |
| 12/13/2023 | 17,728 | $14.7000 | -$260,601.6000 | | $0.0000 | -$260,601.60 |
| 12/13/2023 | 2,678 | $14.7000 | -$39,366.6000 | | $0.0000 | -$39,366.60 |
| 12/13/2023 | 5,678 | $14.7000 | -$83,466.6000 | | $0.0000 | -$83,466.60 |

**Shares Retained:**   **26,084**

| | 90-Day Average Price | Shares Retained | 90-Day Average: | $33,703.04 |
|---|---|---|---|---|
| | $1.2921 | 26,084 | **Total:** | **-$336,582.56** |

**Subtotal:**   **-$370,285.60**

**Name:**   Yun Jung Kim

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/28/2023 | 3,986 | $12.5100 | -$49,864.8600 | | $0.0000 | -$49,864.86 |
| 12/1/2023 | -3,986 | | $0.0000 | $15.1000 | $60,188.6000 | $60,188.60 |
| 12/5/2023 | 8,640 | $13.0200 | -$112,492.8000 | | $0.0000 | -$112,492.80 |
| 12/8/2023 | -8,640 | | $0.0000 | $14.4900 | $125,193.6000 | $125,193.60 |
| 12/12/2023 | 7,867 | $14.3000 | -$112,498.1000 | | $0.0000 | -$112,498.10 |
| 12/13/2023 | 16,801 | $14.7000 | -$246,974.7000 | | $0.0000 | -$246,974.70 |

**Shares Retained:**   **24,668**

**Subtotal:**   **-$336,448.26**

| | 90-Day Average Price | Shares Retained | 90-Day Average: | $31,873.43 |
|---|---|---|---|---|
| | $1.2921 | 24,668 | **Total:** | **-$304,574.83** |

## Financial Interest Analysis

**Name:**        Yousub Jun

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/4/2023 | 1,000 | $12.5100 | -$12,510.0000 | | $0.0000 | -$12,510.00 |
| 12/4/2023 | 1,000 | $11.1000 | -$11,100.0000 | | $0.0000 | -$11,100.00 |
| 12/5/2023 | 3,080 | $13.0000 | -$40,040.0000 | | $0.0000 | -$40,040.00 |
| 12/6/2023 | 10,116 | $13.1100 | -$132,620.7600 | | $0.0000 | -$132,620.76 |
| 12/8/2023 | 3,000 | $12.5500 | -$37,650.0000 | | $0.0000 | -$37,650.00 |
| 12/8/2023 | -3,080 | | $0.0000 | $14.5000 | $44,660.0000 | $44,660.00 |
| 12/11/2023 | 2,142 | $14.0000 | -$29,988.0000 | | $0.0000 | -$29,988.00 |
| 12/13/2023 | 4,236 | $14.7000 | -$62,269.2000 | | $0.0000 | -$62,269.20 |

| Shares Retained: | 21,494 | | | | Subtotal: | -$281,517.96 |
|---|---|---|---|---|---|---|
| | | **90-Day Average Price** | **Shares Retained** | | **90-Day Average:** | $27,772.31 |
| | | $1.2921 | 21,494 | | **Total:** | -$253,745.65 |

**Name:**        Lee Sun-Bok

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/12/2023 | 12,300 | $14.3000 | -$175,890.0000 | | $0.0000 | -$175,890.00 |
| 12/13/2023 | 4 | $14.7000 | -$58.8000 | | $0.0000 | -$58.80 |
| 12/13/2023 | 2,585 | $14.7000 | -$37,999.5000 | | $0.0000 | -$37,999.50 |
| 12/13/2023 | 1,547 | $14.7000 | -$22,740.9000 | | $0.0000 | -$22,740.90 |

| Shares Retained: | 16,436 | | | | Subtotal: | -$236,689.20 |
|---|---|---|---|---|---|---|
| | | **90-Day Average Price** | **Shares Retained** | | **90-Day Average:** | $21,236.89 |
| | | $1.2921 | 16,436 | | **Total:** | -$215,452.31 |

**Name:**        Hyeonnam Gang

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/22/2023 | 2,094 | $9.7600 | -$20,437.4400 | | $0.0000 | -$20,437.44 |
| 11/24/2023 | -2,094 | | $0.0000 | $10.9000 | $22,824.6000 | $22,824.60 |
| 11/28/2023 | 3,295 | $12.5100 | -$41,220.4500 | | $0.0000 | -$41,220.45 |
| 12/1/2023 | -3,295 | | $0.0000 | $15.1000 | $49,754.5000 | $49,754.50 |
| 12/5/2023 | 7,700 | $13.0200 | -$100,254.0000 | | $0.0000 | -$100,254.00 |
| 12/8/2023 | -7,700 | | $0.0000 | $14.4900 | $111,573.0000 | $111,573.00 |
| 12/11/2023 | 300 | $13.3000 | -$3,990.0000 | | $0.0000 | -$3,990.00 |
| 12/11/2023 | 300 | $14.8200 | -$4,446.0000 | | $0.0000 | -$4,446.00 |
| 12/11/2023 | -300 | | $0.0000 | $14.5500 | $4,365.0000 | $4,365.00 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/12/2023 | 5,800 | $14.3000 | -$82,940.0000 | | $0.0000 | -$82,940.00 |
| 12/12/2023 | 1,900 | $14.3000 | -$27,170.0000 | | $0.0000 | -$27,170.00 |
| 12/13/2023 | 6,876 | $14.7000 | -$101,077.2000 | | $0.0000 | -$101,077.20 |
| 12/13/2023 | 70 | $15.1900 | -$1,063.3000 | | $0.0000 | -$1,063.30 |
| 12/13/2023 | 22 | $14.7000 | -$323.4000 | | $0.0000 | -$323.40 |
| 12/13/2023 | 8 | $15.0000 | -$120.0000 | | $0.0000 | -$120.00 |

**Shares Retained:**   14,976

| | 90-Day Average Price | Shares Retained | |
|---|---|---|---|
| **Subtotal:** | | | **-$194,524.69** |
| | $1.2921 | 14,976 | |
| **90-Day Average:** | | | $19,350.43 |
| **Total:** | | | **-$175,174.26** |

| Summary | |
|---|---|
| Migwang Jeong: | -$336,582.56 |
| Yun Jung Kim: | -$304,574.83 |
| Yousub Jun: | -$253,745.65 |
| Lee Sun-Bok: | -$215,452.31 |
| Hyeonnam Gang: | -$175,174.26 |
| **Exchange Act Total:** | **-$1,285,529.61** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between December 15, 2023 and March 1, 2024.

## Financial Interest Analysis
### **Securities Act**

**Company Name:** Maison Solutions Inc.
**Ticker:** MSS
**Class Period:** Traceable to October 4, 2023 IPO at $4.00

**Name:** Migwang Jeong

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/28/2023 | 582 | $4.0000 | -$2,328.0000 | | $0.0000 | -$2,328.00 |
| 11/28/2023 | 138 | $4.0000 | -$552.0000 | | $0.0000 | -$552.00 |
| 11/28/2023 | 560 | $4.0000 | -$2,240.0000 | | $0.0000 | -$2,240.00 |
| 12/1/2023 | -1,280 | | $0.0000 | $4.0000 | $5,120.0000 | $5,120.00 |
| 12/5/2023 | 6,000 | $4.0000 | -$24,000.0000 | | $0.0000 | -$24,000.00 |
| 12/5/2023 | 600 | $4.0000 | -$2,400.0000 | | $0.0000 | -$2,400.00 |
| 12/8/2023 | -6,000 | | $0.0000 | $4.0000 | $24,000.0000 | $24,000.00 |
| 12/8/2023 | -600 | | $0.0000 | $4.0000 | $2,400.0000 | $2,400.00 |
| 12/13/2023 | 17,728 | $4.0000 | -$70,912.0000 | | $0.0000 | -$70,912.00 |
| 12/13/2023 | 2,678 | $4.0000 | -$10,712.0000 | | $0.0000 | -$10,712.00 |
| 12/13/2023 | 5,678 | $4.0000 | -$22,712.0000 | | $0.0000 | -$22,712.00 |

**Shares Remaining:** 26,084 **Subtotal:** -$104,336.00

| Retained Value Per Share | Shares Remaining | Retained Value: | $29,996.60 |
|---|---|---|---|
| $1.1500 | 26,084 | Total: | -$74,339.40 |

**Name:** Yun Jung Kim

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/28/2023 | 3,986 | $4.0000 | -$15,944.0000 | | $0.0000 | -$15,944.00 |
| 12/1/2023 | -3,986 | | $0.0000 | $4.0000 | $15,944.0000 | $15,944.00 |
| 12/5/2023 | 8,640 | $4.0000 | -$34,560.0000 | | $0.0000 | -$34,560.00 |
| 12/8/2023 | -8,640 | | $0.0000 | $4.0000 | $34,560.0000 | $34,560.00 |
| 12/12/2023 | 7,867 | $4.0000 | -$31,468.0000 | | $0.0000 | -$31,468.00 |
| 12/13/2023 | 16,801 | $4.0000 | -$67,204.0000 | | $0.0000 | -$67,204.00 |

**Shares Remaining:** 24,668 **Subtotal:** -$98,672.00

| Retained Value Per Share | Shares Remaining | Retained Value: | $28,368.20 |
|---|---|---|---|
| $1.1500 | 24,668 | Total: | -$70,303.80 |

## Financial Interest Analysis

**Name:**      Yousub Jun

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/4/2023 | 1,000 | $4.0000 | -$4,000.0000 | | $0.0000 | -$4,000.00 |
| 12/4/2023 | 1,000 | $4.0000 | -$4,000.0000 | | $0.0000 | -$4,000.00 |
| 12/5/2023 | 3,080 | $4.0000 | -$12,320.0000 | | $0.0000 | -$12,320.00 |
| 12/6/2023 | 10,116 | $4.0000 | -$40,464.0000 | | $0.0000 | -$40,464.00 |
| 12/8/2023 | 3,000 | $4.0000 | -$12,000.0000 | | $0.0000 | -$12,000.00 |
| 12/8/2023 | -3,080 | | $0.0000 | $4.0000 | $12,320.0000 | $12,320.00 |
| 12/11/2023 | 2,142 | $4.0000 | -$8,568.0000 | | $0.0000 | -$8,568.00 |
| 12/13/2023 | 4,236 | $4.0000 | -$16,944.0000 | | $0.0000 | -$16,944.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **21,494** | | | | **Subtotal:** | **-$85,976.00** |
| | | | **Retained Value Per Share** | **Shares Remaining** | **Retained Value:** | $24,718.10 |
| | | | $1.1500 | 21,494 | **Total:** | **-$61,257.90** |

**Name:**      Lee Sun-Bok

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/12/2023 | 12,300 | $4.0000 | -$49,200.0000 | | $0.0000 | -$49,200.00 |
| 12/13/2023 | 4 | $4.0000 | -$16.0000 | | $0.0000 | -$16.00 |
| 12/13/2023 | 2,585 | $4.0000 | -$10,340.0000 | | $0.0000 | -$10,340.00 |
| 12/13/2023 | 1,547 | $4.0000 | -$6,188.0000 | | $0.0000 | -$6,188.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **16,436** | | | | **Subtotal:** | **-$65,744.00** |
| | | | **Retained Value Per Share** | **Shares Remaining** | **Retained Value:** | $18,901.40 |
| | | | $1.1500 | 16,436 | **Total:** | **-$46,842.60** |

**Name:**      Hyeonnam Gang

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/22/2023 | 2,094 | $4.0000 | -$8,376.0000 | | $0.0000 | -$8,376.00 |
| 11/24/2023 | -2,094 | | $0.0000 | $4.0000 | $8,376.0000 | $8,376.00 |
| 11/28/2023 | 3,295 | $4.0000 | -$13,180.0000 | | $0.0000 | -$13,180.00 |
| 12/1/2023 | -3,295 | | $0.0000 | $4.0000 | $13,180.0000 | $13,180.00 |
| 12/5/2023 | 7,700 | $4.0000 | -$30,800.0000 | | $0.0000 | -$30,800.00 |
| 12/8/2023 | -7,700 | | $0.0000 | $4.0000 | $30,800.0000 | $30,800.00 |
| 12/11/2023 | 300 | $4.0000 | -$1,200.0000 | | $0.0000 | -$1,200.00 |
| 12/11/2023 | 300 | $4.0000 | -$1,200.0000 | | $0.0000 | -$1,200.00 |
| 12/11/2023 | -300 | | $0.0000 | $4.0000 | $1,200.0000 | $1,200.00 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/12/2023 | 5,800 | $4.0000 | -$23,200.0000 | | $0.0000 | -$23,200.00 |
| 12/12/2023 | 1,900 | $4.0000 | -$7,600.0000 | | $0.0000 | -$7,600.00 |
| 12/13/2023 | 6,876 | $4.0000 | -$27,504.0000 | | $0.0000 | -$27,504.00 |
| 12/13/2023 | 70 | $4.0000 | -$280.0000 | | $0.0000 | -$280.00 |
| 12/13/2023 | 22 | $4.0000 | -$88.0000 | | $0.0000 | -$88.00 |
| 12/13/2023 | 8 | $4.0000 | -$32.0000 | | $0.0000 | -$32.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **14,976** | | | | **Subtotal:** | **-$59,904.00** |
| | | | **Retained Value Per Share** | **Shares Remaining** | **Retained Value:** | $17,222.40 |
| | | | $1.1500 | 14,976 | **Total:** | **-$42,681.60** |

| Summary | |
|---|---|
| Migwang Jeong: | -$74,339.40 |
| Yun Jung Kim: | -$70,303.80 |
| Yousub Jun: | -$61,257.90 |
| Lee Sun-Bok: | -$46,842.60 |
| Hyeonnam Gang: | -$42,681.60 |
| **Securities Act Total:** | **-$295,425.30** |

Pursuant to 15 U.S. Code § 77k (e), damages per share under the Securities Act are limited to the difference between the amount paid for the security (not exceeding the price at which the security was offered to the public) and (i) the value thereof as of the time such suit was brought, or (ii) the price at which such security shall have been disposed of in the market before suit, or (iii) the price at which such security shall have been disposed of after suit but before judgment if such damages shall be less than the damages representing the difference between the amount paid for the security (not exceeding the price at which the security was offered to the public) and the value thereof as of the time such suit was brought.