# EXHIBIT E

DocuSign Envelope ID: B78764E3-B5ED-4BF0-9F81-E9D79F859D7B

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICK GREEN AND EVGENIA NIKITINA, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAISON SOLUTIONS INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES LLC,<br><br>Defendants. | Case No. 2:24-cv-00063-SPG-KS<br><br>**JOINT DECLARATION OF THE MAISON INVESTOR GROUP IN SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

DocuSign Envelope ID: B78764E3-B5ED-4BF0-9F81-E9D79F859D7B

The undersigned, under penalties of perjury under the laws of the United States of America, declare as follows:

1.    We submit this joint declaration in support of our motion for appointment as lead plaintiff and approval of lead counsel filed concurrently herewith. We each have personal knowledge about the information in this Joint Declaration relating to ourselves.

2.    I, Migwang Jeong, reside in Ulsan, South Korea. I have a bachelor's degree. I have been managing my own investments for approximately two years.

3.    I, Yun Jung Kim, reside in Gwangju, South Korea. I have a degree in environmental studies. I have been managing my own investments for less than one year.

4.    I, Yousub Jun, reside in Gyeonggi-do, South Korea. I have a college degree. I have been managing my own investments for approximately 5 years.

5.    I, Lee Sun-Bok, reside in Seoul, South Korea. I am currently retired. I formerly worked for a bank. I have a bachelor's degree. I have been managing my own investments for approximately 30 years.

6.    I, Hyeonnam Gang, reside in Incheon, South Korea. I work in construction project management. I have a master's degree in mechanical engineering. I have been investing for more than 5 years.

7.    We are all members of a KakaoTalk chat group. KakaoTalk is a popular mobile messaging application in South Korea. Through the application, we discuss various investments. As a result of these discussions, we collectively decided to invest in Maison Solutions Inc.

8.    We believe that the Court should appoint our group as lead plaintiff because we are investors with a significant interest in the outcome of the litigation, and we have the capability and competency to oversee this litigation to a successful conclusion. We have carefully considered, with the assistance of counsel, the merits of this action and our respective losses. We are capable of actively participating in

JOINT DECLARATION OF THE MAISON INVESTOR GROUP
1

this action and are committed to doing so, in part by working closely with our lead counsel to obtain the best possible recovery for the class in an efficient manner.

9.     We each have knowledge of the requirements and responsibilities of lead plaintiffs in a securities class action. We have agreed to exercise joint decision-making and to work together if appointed in this action to protect the interests of the class. We will have periodic communications with counsel to discuss the status of the litigation and ensure its proper prosecution. We are committed to the zealous prosecution of this case and will remain actively involved in it. We understand that if appointed we would owe a fiduciary duty to all members of the putative class to provide fair and adequate representation and to work with lead counsel to obtain the largest possible recovery for the putative class in good faith and with vigorous advocacy.

10.     We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to litigation decisions, and to that end will consult with each other and our counsel as we deem necessary to fulfill our fiduciary obligations to the class. We recognize that in the event of a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

11.     We have selected lead counsel in this action based upon their experience and resources, and we are confident in our ability to work with our counsel to protect the interests of the class. We understand that one of our primary responsibilities will be overseeing lead counsel and thereby ensuring that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation.

12.     We understand that, as the lead plaintiff in this action, we will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

JOINT DECLARATION OF THE MAISON INVESTOR GROUP
2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing, relating to myself, is true and correct.

Executed on ___3/3/2024___.

_____
Migwang Jeong

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing, relating to myself, is true and correct.

Executed on ___3/3/2024___.

_____
Yun Jung Kim

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing, relating to myself, is true and correct.

Executed on ___3/3/2024___.

_____
Yousub Jun

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing, relating to myself, is true and correct.

Executed on ___3/3/2024___.

_____
Lee Sun-Bok

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing, relating to myself, is true and correct.

Executed on ___3/2/2024___.

_____
Hyeonnam Gang

JOINT DECLARATION OF THE MAISON INVESTOR GROUP

3