NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Robert V. Prongay (SBN 270796)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

ATTORNEY(S) FOR:  The Maison Investor Group

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK GREEN And EVGENIA NIKITINA, et. al.<br><br>Plaintiff(s),<br><br>v.<br><br>MAISON SOLUTIONS INC., et. al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:24-cv-00063-SPG-KS<br><br>**CERTIFICATION  AND  NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___The Maison Investor Group___
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Migwang Jeong | Lead Plaintiff Movant |
| Yun Jung Kim | Lead Plaintiff Movant |
| Yousub Jun | Lead Plaintiff Movant |
| Lee Sun-Bok | Lead Plaintiff Movant |
| Hyeonnam Gang | Lead Plaintiff Movant |

| | |
|---|---|
| ___March 4, 2024___<br>Date | ___/s/ Charles H. Linehan___<br>Signature |

Attorney of record for (or name of party appearing in pro per):

The Maison Investor Group

CV-30 (05/13)                               **NOTICE OF INTERESTED PARTIES**

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On March 4, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 4, 2024, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan