POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Sungkyu Kim and Proposed*
*Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK GREEN AND EVGENIA NIKITINA, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> MAISON SOLUTIONS INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES LLC, <br><br> Defendants. | Case No. 2:24-cv-00063-SPG-KS <br><br> **NOTICE OF MOTION OF SUNGKYU KIM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** <br><br> DATE:  April 3, 2024 <br> TIME:  1:30 p.m. <br> JUDGE:  Sherilyn Peace Garnett <br> CTRM:  5C |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Sungkyu Kim ("Kim"), by and through his counsel, will and does hereby move this Court, pursuant to Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Kim as Lead Plaintiff on behalf of a class (the "Class") consisting of persons and entities that purchased or otherwise acquired Maison Solutions Inc. ("Maison"): (a) Class A common stock pursuant and/or traceable to the registration statement and prospectus issued in connection with Maison's October 2023 initial public offering; and/or (b) securities between October 5, 2023 and December 15, 2023, inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this motion, Kim submits a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Kim is aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution.  The conference must take place at least 7 days prior to the filing of the motion."  Kim is also aware of Rules G.1.(a)-(d) of this Court's Standing Order for

Newly Assigned Civil Cases, which provide, *inter alia*, that parties shall satisfy Local Civil Rule 7-3's meet-and-confer requirement via videoconference or in person and that the moving party must include a truthful representation of full compliance with Local Rule 7-3 in its notice of motion. Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the above-captioned action is March 4, 2024, on which date any member of the putative Class may so move. *See* 15 U.S.C. §§ 77z-1(a)(3)(A)(i)(II) & (a)(3)(B)(i), 78u-4(a)(3)(A)(i)(II) & (a)(3)(B)(i). Kim will thus not know the identities of the other putative Class members who intend to file competing Lead Plaintiff motions until March 5, 2024—the day after the statutory deadline—making conferral with opposing counsel prior to the filing of Kim's motion papers impracticable. Under these circumstances, Kim respectfully requests that compliance with Local Civil Rule 7-3 and Rules G.1.(a)-(d) of this Court's Standing Order for Newly Assigned Civil Cases be waived in this instance.

Dated: March 4, 2024

Respectfully submitted,

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Sungkyu Kim and Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Sungkyu Kim*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti