POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Sungkyu Kim and Proposed*
*Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK GREEN AND EVGENIA NIKITINA, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> MAISON SOLUTIONS INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES LLC, <br><br> Defendants. | Case No. 2:24-cv-00063-SPG-KS <br><br> **DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF SUNGKYU KIM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** <br><br> DATE:  April 3, 2024 <br> TIME:  1:30 p.m. <br> JUDGE:  Sherilyn Peace Garnett <br> CTRM:  5C |

DECLARATION – 2:24-cv-00063-SPG-KS

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Sungkyu Kim ("Kim"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Kim's motion for appointment as Lead Plaintiff for the Class and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Chart setting forth Kim's financial interest in this litigation;

Exhibit B:   Press release published via *Business Wire* on January 4, 2024, announcing the pendency of the above-captioned action;

Exhibit C:   Shareholder Certification executed Kim;

Exhibit D:   Declaration executed by Kim; and

Exhibit E:   Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 4, 2024.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti