# EXHIBIT A

**Maison Solutions Inc. (MSS)**
**Class Period: October 5, 2023 to December 15, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

**78-Days***
**Mean Price**
**$1.2921**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sungkyu Kim | 11/22/2023 | 2,000 | $9.5000 | ($19,000) | 11/24/2023 | (2,000) | $10.9000 | $21,800 | | | |
| Sungkyu Kim | 11/28/2023 | 4,150 | $12.5100 | ($51,917) | 12/1/2023 | (4,150) | $15.1000 | $62,665 | | | |
| Sungkyu Kim | 12/5/2023 | 10,300 | $13.0200 | ($134,106) | 12/8/2023 | (6,000) | $14.0500 | $84,300 | | | |
| Sungkyu Kim | 12/12/2023 | 6,083 | $14.3000 | ($86,987) | | | | | | | |
| **Sungkyu Kim** | | **22,533** | | **($292,009)** | | **(12,150)** | | **$168,765** | **10,383** | **$13,416** | **($109,829)** |

*Avg Closing Prices from December 15, 2023 to March 1, 2024