POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Sungkyu Kim*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK GREEN AND EVGENIA NIKITINA, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAISON SOLUTIONS INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES LLC,<br><br>Defendants. | Case No. 2:24-cv-00063-SPG-KS<br><br>**NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>DATE:  April 3, 2024<br>TIME:  1:30 p.m.<br>JUDGE:  Sherilyn Peace Garnett<br>CTRM:  5C |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

On March 4, 2024, Sungkyu Kim ("Kim") filed a motion, pursuant to Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Kim as Lead Plaintiff on behalf of a class (the "Class") consisting of persons and entities that purchased or otherwise acquired Maison Solutions Inc. ("Maison"): (a) Class A common stock pursuant and/or traceable to the registration statement and prospectus issued in connection with Maison's October 2023 initial public offering; and/or (b) securities between October 5, 2023 and December 15, 2023, inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class. Dkt. No. 19.

Having reviewed the competing motions before the Court, it appears that Kim does not have the "largest financial interest" in this litigation within the meaning of the PSLRA. This statement of non-opposition shall have no impact on Kim's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated: March 13, 2024                      Respectfully submitted,

                                           POMERANTZ LLP

                                           */s/ Jennifer Pafiti*
                                           Jennifer Pafiti (SBN 282790)

NOTICE OF NON-OPPOSITION - 2:24-cv-00063-SPG-KS

1

1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Sungkyu Kim*

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Sungkyu Kim*

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ *Jennifer Pafiti*
Jennifer Pafiti