Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant Ilsan Kim*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK GREEN AND EVGENIA NIKITINA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAISON SOLUTIONS INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES LLC,<br><br>Defendants. | Case No. 2:24-cv-00063-SPG-KLS<br><br>**NOTICE OF NON-OPPOSITION OF ILSAN KIM TO COMPETING LEAD PLAINTIFF MOTIONS**<br><br>CLASS ACTION<br><br>JUDGE: Sherilyn Peace Garnett<br>Hearing Date: April 3, 2024<br>Time: 1:30 P.M.<br>CTRM: 5C |

1

NOTICE OF NON-OPPOSITION OF ILSAN KIM TO COMPETING LEAD PLAINTIFF MOTIONS – Case No. 2:24-cv-00063-SPG-KLS

On March 4, 2024, movant Ilsan Kim ("Movant") pursuant to the Securities Act of 1933 and the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), filed a motion for entry of an order appointing Movant as Lead Plaintiff, and approving Movant's selection of Counsel. Dkt. No. 14.

Having reviewed the competing motions filed in this action, Movant does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA. This notice of non-opposition shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

Dated: March 13, 2024                    Respectfully submitted,

                                         **THE ROSEN LAW FIRM, P.A.**

                                         /s/ Laurence M. Rosen
                                         Laurence M. Rosen, Esq. (SBN 219683)
                                         355 South Grand Avenue, Suite 2450
                                         Los Angeles, CA 90071
                                         Telephone: (213) 785-2610
                                         Facsimile: (213) 226-4684
                                         Email: lrosen@rosenlegal.com

                                         *Counsel for Movant Ilsan Kim*

2

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On March 13, 2024, I electronically filed the following **NOTICE OF NON-OPPOSITION OF ILSAN KIM TO COMPETING LEAD PLAINTIFF MOTIONS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 13, 2024.

/s/ Laurence M. Rosen
Laurence M. Rosen

NOTICE OF NON-OPPOSITION OF ILSAN KIM TO COMPETING LEAD PLAINTIFF MOTIONS – Case No. 2:24-cv-00063-SPG-KLS