# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK GREEN AND EVGENIA NIKITINA, Individually And On Behalf Of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>              v.<br><br>MAISON SOLUTIONS INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES LLC,<br><br>                              Defendants. | Case No. 2:24-cv-00063-SPG-KS<br><br>**ORDER GRANTING STIPULATION ACCEPTING SERVICE AND DEFERRING DEFENDANTS' RESPONSE TO THE COMPLAINT** |

On February 16, 2024, Plaintiffs Rick Green and Evgenia Nikitina ("Plaintiffs"), and Defendants Maison Solutions Inc. ("Maison"), John Xu, Alexandria M. Lopez, Tao Han, Bin Wang, Mark Willis, and Xiaoxia Zhang (collectively, the "Individual Defendants"), Joseph Stone Capital, LLC, and AC Sunshine Securities, LLC (collectively, the "Underwriters") (Maison, the Individual Defendants, and the Underwriters collectively referred to herein as "Defendants") filed a Stipulation Accepting Service and Deferring Defendants' Response to the Complaint (the "Stipulation").

In the Stipulation, Plaintiffs and the Defendants (collectively, the "Parties") stipulated that: (1) Maison, the Individual Defendants, and the Underwriters need not respond to the Complaint; and (2) within fourteen days of the Court's appointment of a Lead Plaintiff and Lead Counsel, counsel for all Defendants and Lead Plaintiff will meet and confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants Maison Solutions Inc., John Xu, Alexandria M. Lopez, Tao Han, Bin Wang, Mark Willis, and Xiaoxia Zhang, Joseph Stone Capital, LLC, and AC Sunshine Securities, LLC are not required to respond to the Complaint (ECF No. 1).

2. Within fourteen days of the Court's appointment of a Lead Plaintiff and Lead Counsel, counsel for all Defendants and Lead Plaintiff will meet and confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto.

**IT IS SO ORDERED.**

Dated:  March 14, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-