**AKERMAN LLP**
ELLEN S. ROBBINS (SBN 298044)
ellen.robbins@akerman.com
ALICIA Y. HOU (SBN 254157)
alicia.hou@akerman.com
ANDREA N. KHOURY (SBN 317275)
andrea.khoury@akerman.com
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

SCOTT KESSLER (admitted *pro hac vice*)
scott.kessler@akerman.com
ASHLEY AKAPO (admitted *pro hac vice*)
ashley.akapo@akerman.com
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3800
Facsimile:  (212) 880-8965

Attorneys for Defendants
MAISON SOLUTIONS INC.; JOHN XU;
ALEXANDRIA M. LOPEZ; TAO HAN; BIN WANG;
MARK WILLIS; XIAOXIA ZHANG; JOSEPH STONE CAPITAL, LLC and
AC SUNSHINE SECURITIES LLC

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK GREEN AND EVGENIA NIKITINA, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> MAISON SOLUTIONS INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES LLC, <br><br> Defendants. | Case No. 2:24-cv-00063-SPG-KS <br><br> The Hon. Sherilyn Peace Garnett <br><br> **REQUEST FOR JUDICIAL NOTICE SUPPORTING DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFFS' AMENDED COMPLAINT** <br><br> *[Filed concurrently with Notice and Motion to Dismiss, Declaration of Alicia Y. Hou, and [Proposed] Order]* <br><br> Complaint Filed: January 4, 2024 <br> Trial Date:          None <br><br> <u>Hearing</u> <br> Date: October 23, 2024 <br> Time: 1:30 p.m. <br> Location: Courtroom 5C |

CASE NO. 2:24-cv-00063-SPG-KS

**REQUEST FOR JUDICIAL NOTICE SUPPORTING DEFENDANTS' MOTION TO DISMISS**

77568971;1

**TO THE HONORABLE COURT, ALL PARTIERS, AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** Defendants Maison Solution Inc., John Xu, Alexandria M. Lopez, Tao Han, Bin Wang, Dr. Xiaozia Zhang, Mark Willis, Joseph Stone Capital, LLC, and AC Sunshine Securities LLC (collectively, "Defendants"), hereby request the Court take judicial notice of the following document pursuant to Federal Rule of Evidence 201 in support of their motion to dismiss with prejudice Lead Plaintiffs Migwang Jeong, Yun Jung Kim, Yousub Jun, Lee Sun-Bok, and Hyeonnam Gang ("Plaintiffs") Amended Class Action Complaint.

Under Rule 201(c)(2), judicial notice is mandatory "if requested by a party and [the court is] supplied with the necessary information." Rule 201(b) further provides that "the court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

A "court may take judicial notice of matters of public record." *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. Cal. 2001). Courts have taken judicial notice of matters within governmental websites "as they are matters of public record whose accuracy cannot be questioned." *Castaneda v. Saxon Mortg. Services, Inc.*, 687 F. Supp. 2d 1191, 1196 (E.D. Cal. 2009). The court may therefore take judicial notice of the documents as follows:

///

///

///

///

///

///

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

CASE NO. 2:24-cv-00063-SPG-KS

**REQUEST FOR JUDICIAL NOTICE SUPPORTING DEFENDANTS' MOTION TO DISMISS**

77568971;1

1.    The Prospectus of Defendant Maison Solutions Inc., dated October 4, 2023, available to the public on the Securities and Exchange Commission's website at: https://www.sec.gov/Archives/edgar/data/1892292/000101376223002201/f424b41023_maison.htm. A true and correct copy of the Prospectus can be found at the foregoing link.

2.    The Form S-1 Registration Statement of Defendant Maison Solutions Inc. effective at the time of Defendant Maison Solutions Inc.'s initial public offering, available to the public on the Securities and Exchange Commission's website at: https://www.sec.gov/Archives/edgar/data/1892292/000121390023048956/fs12023a6_maisonsolu.htm. A true and correct copy of the Registration Statement can be found at the foregoing link.

Dated: August 16, 2024

**AKERMAN LLP**

By: /s/ *Alicia Y. Hou*

    Ellen S. Robbins
    Alicia Y. Hou
    Andrea N. Khoury
    Scott Kessler (admitted *pro hac vice)*
    Ashley Akapo (admitted *pro hac vice)*

Attorneys for Defendants
MAISON SOLUTIONS INC.; JOHN XU; ALEXANDRIA M. LOPEZ; TAO HAN; BIN WANG; MARK WILLIS; XIAOXIA ZHANG; JOSEPH STONE CAPITAL, LLC and AC SUNSHINE SECURITIES LLC

**AKERMAN LLP**
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

77568971;1