| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Akerman LLP<br>Ellen S. Robbins (SBN 298044); Alicia Y. Hou (SBN 254157)<br>Andrea N. Khoury (SBN 317275);<br>Scott Kessler (PHV); Ashley Akapo (PHV)<br>633 West Fifth Street, Suite 6400<br>Los Angeles, CA 90071<br>Phone: (213) 688-9500<br>Facsimile: (213) 627-6342 | |
| ATTORNEY(S) FOR: Defendants | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICK GREEN AND EVGENIA NIKITINA, Individually And On Behalf Of All Others Similarly Situated<br>v.<br>MAISON SOLUTIONS INC., et al., | Plaintiff(s),<br><br>Defendant(s) | CASE NUMBER:<br>2:24-cv-00063-SPG-KS<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Defendants___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| John Xu | Party - Individual Defendant |
| Alexandria M. Lopez | Party - Individual Defendant |
| Tao Han | Party - Individual Defendant |
| Bin Wang | Party - Individual Defendant |
| Mark Willis | Party - Individual Defendant |
| Xiaoxi Zhang | Party - Individual Defendant |
| Maison Solutions Inc. | Party - Corporate Defendant |
| Joseph Stone Capital, LLC | Party - Corporate Defendant |
| AC Sunshine Securities LLC | Party - Corporate Defendant |

August 20, 2024
Date

/s/ Alicia Y. Hou
Signature

Attorney of record for (or name of party appearing in pro per):

Defendants