**AKERMAN LLP**
ELLEN S. ROBBINS (SBN 298044)
ellen.robbins@akerman.com
ALICIA Y. HOU (SBN 254157)
alicia.hou@akerman.com
ANDREA N. KHOURY (SBN 317275)
andrea.khoury@akerman.com
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

SCOTT KESSLER (admitted *pro hac vice*)
scott.kessler@akerman.com
ASHLEY AKAPO (admitted *pro hac vice*)
ashley.akapo@akerman.com
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3800
Facsimile:  (212) 880-8965

Attorneys for Defendants
MAISON SOLUTIONS INC.; JOHN XU;
ALEXANDRIA M. LOPEZ; TAO HAN; BIN WANG;
MARK WILLIS; XIAOXIA ZHANG; JOSEPH STONE CAPITAL, LLC and
AC SUNSHINE SECURITIES LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK GREEN AND EVGENIA NIKITINA, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAISON SOLUTIONS INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES LLC,<br><br>Defendants. | Case No. 2:24-cv-00063-SPG-KS<br><br>The Hon. Sherilyn Peace Garnett<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**<br><br>**[F.R.C.P 7.1]**<br><br>Complaint Filed: January 4, 2024<br>Trial Date:          None |

CASE NO. 2:24-cv-00063-SPG-KS
**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

77703101;1

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Maison Solutions, Inc., Joseph Stone Capital, LLC and AC Sunshine Securities LLC, hereby submit the following corporate disclosure statement:

1. Maison Solutions is a corporation. No parent corporation and no publicly held corporation owns 10% or more of its stock.

2. Joseph Stone Capital is a limited liability company. No parent corporation and no publicly held corporation owns 10% or more of its stock.

3. AC Sunshine Securities is a limited liability company. No parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: August 20, 2024

**AKERMAN LLP**

By: /s/ *Alicia Y. Hou*
    Ellen S. Robbins
    Alicia Y. Hou
    Andrea N. Khoury
    Scott Kessler (admitted *pro hac vice*)
    Ashley Akapo (admitted *pro hac vice*)

Attorneys for Defendants
MAISON SOLUTIONS INC.; JOHN XU; ALEXANDRIA M. LOPEZ; TAO HAN; BIN WANG; MARK WILLIS; XIAOXIA ZHANG; JOSEPH STONE CAPITAL, LLC and AC SUNSHINE SECURITIES LLC

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342