**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICK GREEN and EVGENIA NIKITINA, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>MAISON SOLUTIONS, INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES, LLC,<br><br>          Defendants. | Case No. 2:24-cv-00063-SPG-KS<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO FILE DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AND TO CONTINUE THE HEARING DATE**<br>**[ECF NO. 47]** |

The Court, having considered the parties' Joint Stipulation to Extend the Deadline to File Defendants' Reply in Support of Motion to Dismiss and to Continue the Hearing Date (ECF No. 47 ("Stipulation")), and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** the following:

1. Defendants' Reply Brief in Support of Motion to Dismiss is extended from October 9, 2024, to November 20, 2024.

//

//

//

2.  The Hearing Date for the Motion to Dismiss is continued from October 23, 2024, to December 4, 2024 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:   October 9, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

- 2 -