**AKERMAN LLP**
ALICIA Y. HOU (SBN 254157)
alicia.hou@akerman.com
ANDREA KHOURY (State Bar No. 317275)
andrea.khoury@akerman.com
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

SCOTT KESSLER (admitted *pro hac vice*)
scott.kessler@akerman.com
ASHLEY AKAPO (admitted *pro hac vice*)
ashley.akapo@akerman.com
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3800
Facsimile:  (212) 880-8965

Attorneys for Defendants
MAISON SOLUTIONS INC.; JOHN XU;
ALEXANDRIA M. LOPEZ; TAO HAN; BIN WANG;
MARK WILLIS; XIAOXIA ZHANG; JOSEPH STONE CAPITAL, LLC and
AC SUNSHINE SECURITIES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK GREEN AND EVGENIA NIKITINA, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAISON SOLUTIONS INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES LLC,<br><br>Defendants. | Case No. 2:24-cv-00063-SPG-KS<br><br>The Hon. Sherilyn Peace Garnett<br><br>**DECLARATION OF ALICIA Y. HOU IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>*[Filed concurrently with Notice and Motion to Dismiss, Request for Judicial Notice, and [Proposed] Order]*<br><br>Complaint Filed: January 4, 2024<br>FAC Filed: June 17, 2024<br>SAC Filed: April 21, 2025<br>Trial Date:     None<br><br>Hearing<br>Date: September 17, 2025<br>Time: 1:30 p.m.<br>Location: Courtroom 5C |

CASE NO. 2:24-cv-00063-SPG-KS

**DECLARATION OF ALICIA Y. HOU IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**

81664955;1

**DECLARATION OF ALICIA Y. HOU**

I, Alicia Y. Hou, hereby declare as follows:

1.      I am an attorney duly admitted to practice law before all courts of the State of California, and am a partner at Akerman LLP, and counsel for Defendants Maison Solution Inc., John Xu, Alexandria M. Lopez, Tao Han, Bin Wang, Dr. Xiaozia Zhang, Mark Willis, Joseph Stone Capital, LLC, and AC Sunshine Securities LLC (collectively, "Defendants"), in the above entitled matter.  I have personal knowledge of the facts surrounding the present action and all facts stated herein unless specifically stated otherwise.  If called upon to testify, I could and would competently do so as to those facts of which I have personal knowledge, under oath, as to the truth of those matters stated herein.

2.      I submit this declaration in support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4 *et seq*.

3.      On April 30, 2025, my colleague Andrea N. Khoury and I met with Plaintiffs' Counsel, Leanne Heine Solish, by video conference in accordance with Local Rule 7-3 to discuss Defendants' Motion to Dismiss Second Amended Complaint. Following the conferral, the parties were unable to reach an agreement regarding the issues addressed in the Motion to Dismiss. To that end, Defendants respectfully bring forth this Motion to Dismiss Second Amended Complaint, filed concurrently herewith.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on June 5, 2025, in South Pasadena, California.

/s/ Alicia Y. Hou
Alicia Y. Hou

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**DECLARATION OF ALICIA Y. HOU IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**

81664955;1