AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK GREEN AND EVGENIA NIKITINA, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> MAISON SOLUTIONS INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES LLC, <br><br> Defendants. | Case No. 2:24-cv-00063-SPG-KS <br><br> The Hon. Sherilyn Peace Garnett <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** <br><br> *[Filed concurrently with Notice and Motion to Dismiss, Declaration of Alicia Y. Hou, and Request for Judicial Notice]* <br><br> Complaint Filed: January 4, 2024 <br> FAC Filed: June 17, 2024 <br> SAC Filed: April 21, 2025 <br> Trial Date:         None <br><br> Hearing <br> Date: September 17, 2025 <br> Time: 1:30 p.m. <br> Location: Courtroom 5C |

**[PROPOSED] ORDER**

This Court, having considered the motion to dismiss Lead Plaintiffs' Migwang Jeong, Yun Jung Kim, Yousub Jun, Lee Sun-Bok, and Hyeonnam Gang ("Plaintiffs") Second Amended Class Action Complaint filed by Defendants Maison Solution Inc., John Xu, Alexandria M. Lopez, Tao Han, Bin Wang, Dr. Xiaozia Zhang, Mark Willis, Joseph Stone Capital, LLC, and AC Sunshine Securities LLC (collectively "Defendants"), and having considered the papers filed in support thereof and opposition thereto, and any argument presented at hearing on this matter, and good cause therefore appearing, GRANTED.

The Court ORDERS as follows:

1.    The Second Amended Class Action Complaint is DISMISSED pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4 *et seq*. on the grounds that the Second Amended Complaint fails to state a claim upon which relief can be granted;

2.    The Court ORDERS Plaintiffs' Second Amended Class Action Complaint against Defendants and all claims for relief therein against Defendants, dismissed in their entirety with prejudice.

**IT IS SO ORDERED**.

Dated: _____, 2025

_____
Hon. Sherilyn Peace Garnett
United States District Judge, Central District of California

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

81664917;1