# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

RICK GREEN AND EVGENIA NIKITINA, Individually And On Behalf Of All Others Similarly Situated,

Plaintiffs,

v.

MAISON SOLUTIONS INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES LLC,

Defendants.

Case No. LA CV 24-00063-SPG( KSx)

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS [ECF NO. 55]**

On June 5, 2025, Defendants filed a Motion to Dismiss (ECF No. 55) Plaintiffs' Second Amended Class Action Complaint (ECF No. 52).  On July 21, 2025, Plaintiffs opposed Defendants' motion.

The Court, having considered Defendants' Motion, Plaintiffs' Opposition to Defendants' Motion, any reply submitted in support of the Motion, any arguments presented for or against the Motion, and the files and records in this action, hereby **DENIES** Defendants' Motion because Plaintiffs have sufficiently stated claims under Sections 11 and 15 of the Securities Act of 1933 (the "Securities Act") and Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

-1-

The Court hereby finds that under Section 11 of the Securities Act, Plaintiffs have adequately alleged that Maison's IPO Registration Statement omitted to state material facts both required to be stated and necessary to make the statements therein not misleading.  15 U.S.C. § 77k(a).  In particular, the Court finds that Plaintiffs sufficiently alleged that Defendants' failure to disclose pending litigation and certain related party transactions were material omissions.

The Court also finds that under Section 10(b) Exchange Act, Plaintiffs have adequately alleged: (1) a material misrepresentation or omission (*i.e.*, "falsity"); (2) scienter; (3) the purchase or sale of a security; (4) reliance; (5) economic loss; and (6) loss causation.  *Matrixx Initiatives, Inc. v. Siracusano*, 563 U.S. 27, 37-38 (2011).  In particular, Plaintiffs have adequately alleged falsity, scienter, and loss causation: the three elements that Defendants challenge.

The Court further finds that because Plaintiffs have sufficiently alleged primary violations under Section 11 of the Securities Act and Section 10(b) of the Exchange Act, Plaintiffs' claims for control liability under Section 15 of the Securities Act and Section 20(a) under the Exchange Act are sustained.

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss is **DENIED** in its entirety.


IT IS SO ORDERED.


Dated:

                                             _____

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE