**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICK GREEN and EVGENIA NIKITINA, Individually and On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>MAISON SOLUTIONS INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES LLC,<br><br>                    Defendants. | Case No. 2:24-cv-00063-SPG-KS<br><br>**ORDER GRANTING JOINT STIPULATION FOR STAY PENDING POTENTIAL RESOLUTION [ECF NO. 62]** |

Before the Court is the parties' Joint Stipulation for Stay Pending Potential Resolution (ECF No. 62 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS that:

1.    This action is stayed in its entirety for sixty (60) days.

2.    All deadlines are vacated during the pendency of the stay.

3.    The parties shall file a joint status report within sixty (60) days of the date of this Order, advising the Court whether the case has settled, whether

additional time for settlement discussions is warranted, or whether the stay should be lifted and the Court should enter a new schedule.

**IT IS SO ORDERED.**

DATED: October 28, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE