# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK GREEN AND EVGENIA NIKITINA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAISON SOLUTIONS INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES LLC,<br><br>Defendants. | Case No. 2:24-cv-00063-SPG-KS<br><br>Hon. Sherilyn Peace Garnett<br>Hon. Karen L. Stevenson<br><br>**NOTICE OF GLOBAL SETTLEMENT AND REQUEST TO STAY THE ACTION** |

| | |
|---|---|
| 1 | Lead Plaintiffs Migwang Jeong, Yun Jung Kim, Yousub Jun, Lee Sun-Bok, and |
| 2 | Hyeonnam Gang ("Lead Plaintiffs") and defendants Maison Solutions Inc., John Xu, |
| 3 | Alexandria M. Lopez, Tao Han, Bin Wang, Mark Willis, Xiaoxia Zhang, Joseph |
| 4 | Stone Capital, LLC, and AC Sunshine Securities, LLC (collectively, the "Defendants" |
| 5 | and together with Lead Plaintiffs, the "Parties"), by and through their undersigned |
| 6 | counsel, hereby jointly inform the Court that on February 12, 2026, the Parties |
| 7 | reached an agreement in principle to settle all claims pending in the above-captioned |
| 8 | action, and the action styled *Kim v. Maison Solutions Inc., et. al.*, Index No. |
| 9 | 150024/2024 (Sup. Ct., New York) (the "Global Settlement"). The Global Settlement |
| 10 | is subject to, among other terms, definitive documentation and court approval. The |
| 11 | Parties are proceeding to document the Global Settlement and Lead Plaintiffs |
| 12 | anticipate filing a motion for preliminary approval of the Global Settlement in |
| 13 | approximately fifty-two (52) days (*i.e.*, by April 6, 2026). Accordingly, the Parties |
| 14 | respectfully request that the Court suspend all deadlines and further proceedings in |
| 15 | this action. If the Parties cannot meet the April 6, 2026, deadline, the Parties will |
| 16 | jointly provide the Court with an update at that time. |

Respectfully submitted,

DATED: February 13, 2026   **GLANCY PRONGAY WOLKE & ROTTER LLP**


By: */s/ Leanne H. Solish*
Robert V. Prongay (SBN 270796)
Leanne H. Solish (SBN 280297)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
Email: lsolish@glancylaw.com

*Counsel for Lead Plaintiffs*

|   |   |   |
|---|---|---|
| 1 |  | **THE LAW OFFICES OF FRANK R. CRUZ** |
| 2 |  | Frank R. Cruz |
|   |  | 2121 Avenue of the Stars, Suite 800 |
| 3 |  | Los Angeles, CA 90067 |
| 4 |  | Telephone: (310) 914-5007 |
|   |  | Email: fcruz@frankcruzlaw.com |
| 5 |  |  |
| 6 |  | *Additional Counsel* |
| 7 | DATED:  February 13, 2026 | **KING & SPALDING LLP** |
| 8 |  |  |
| 9 |  |  |
|   |  | By:  */s/ Mark Kirsch* |
| 10 |  | Mark Kirsch (admitted *pro hac vice*) |
| 11 |  | 1290 Avenue of the Americas, 14th Floor |
|   |  | New York, NY 10104 |
| 12 |  | Telephone: (212) 556-2100 |
| 13 |  | Email: mkirsch@kslaw.com |
| 14 |  | Jenny Pelaez (SBN 326765) |
| 15 |  | 663 West Fifth Street, Suite 1600 |
|   |  | Los Angeles, CA 90071 |
| 16 |  | Telephone: (213) 443-4355 |
| 17 |  | Email: jpelaez@kslaw.com |
| 18 |  | *Counsel for Defendants Maison Solutions Inc.,* |
| 19 |  | *John Xu, Alexandria M. Lopez, Tao Han, Bin Wang, Mark Willis, and Xiaoxia Zhang* |
| 20 |  |  |
| 21 |  | **BARNES & THORNBURG LLP** |
| 22 |  |  |
| 23 |  | By:  */s/ Peter Morris* |
| 24 |  | Peter Morris (SBN 126195) |
|   |  | 2029 Century Park East, Suite 300 |
| 25 |  | Los Angeles, CA 90067 |
| 26 |  | Telephone: (310) 284-3877 |
|   |  | Email: peter.morris@btlaw.com |
| 27 |  |  |
| 28 |  | *Counsel for Defendants Joseph Stone Capital,* |

1 *LLC and AC Sunshine Securities, LLC*
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF SETTLEMENT

## ATTESTATION

I, Leanne H. Solish, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 13, 2026          *s/ Leanne H. Solish*
                                                          Leanne H. Solish

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On February 13, 2026, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 13, 2026, at Los Angeles, California.

*s/ Leanne H. Solish*
Leanne H. Solish

NOTICE OF SETTLEMENT