# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK GREEN and EVGENIA NIKITINA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAISON SOLUTIONS INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES LLC,<br><br>Defendants. | Case No. 2:24-cv-00063-SPG(KS)<br><br>**[PROPOSED] ORDER GRANTING STAY PENDING SETTLEMENT (ECF NO. 73)** |

On February 13, 2026, the Parties filed a Notice of Global Settlement and Request to Stay the Action.  ECF No. 73.

The Court, having considered the Parties' request, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

(1)     all outstanding deadlines and further proceedings are hereby stayed pending the Parties' documentation of the Global Settlement and filing of a motion of preliminary approval of the Global Settlement; and

(2)     on or before April 6, 2026, the Parties shall jointly provide the Court with an update if a motion for preliminary approval of the Global Settlement has not been filed.


IT IS SO ORDERED.


Dated: _____                    _____

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

1