# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK GREEN and EVGENIA NIKITINA, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:24-cv-00063-SPG(KS) |
| Plaintiffs, | **ORDER GRANTING STAY PENDING SETTLEMENT (ECF NO. 73)** |
| v. | |
| MAISON SOLUTIONS INC., JOHN XU, ALEXANDRIA M. LOPEZ, TAO HAN, BIN WANG, MARK WILLIS, XIAOXIA ZHANG, JOSEPH STONE CAPITAL, LLC, and AC SUNSHINE SECURITIES LLC, | |
| Defendants. | |

Before the Court is the parties' Notice of Global Settlement and Request to Stay the Action. *See* (ECF No. 73 ("Request")). Having considered the Request, and finding good cause therefor, the Court GRANTS the Request and ORDERS as follows:

1.    All outstanding deadlines and further proceedings are hereby stayed for a period of 60 days, ending on April 18, 2026, pending the parties' documentation of

the Global Settlement and filing of a motion for preliminary approval of the Global Settlement.

2.     On or before April 6, 2026, the parties shall jointly file a status report addressing the parties' anticipated filing of a motion for preliminary approval of the Global Settlement, unless the parties have already filed such a motion.

**IT IS SO ORDERED.**

DATED: February 17, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

- 2 -