UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-00063-SPG-KS | Date | April 6, 2026 |
| Title | Rick Green et al v. Maison Solutions Inc. et al | | |

Present: The Honorable    SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER TO CONTINUE STAY TO OCTOBER 14, 2026**

On February 13, 2026, the parties filed a Notice of Global Settlement and Request to Stay the Action, notifying the Court that they had "reached an agreement in principle to settle all claims" in this case and another case pending in New York State Supreme Court. *See* (ECF No. 73 ("Notice")). Pursuant to the Notice, and at the parties' request, the Court stayed the case for a period of 60 days, ending on April 18, 2026. *See* (ECF No. 74). The parties have now filed a status report, informing the Court that the parties intend to seek approval of a global settlement agreement in New York State Supreme Court. *See* (ECF No. 76 ("Status Report")). Based on the parties' Status Report, the stay is continued to October 14, 2026. The parties shall file a joint status report on or before October 7, 2026, or within fourteen (14) days of the New York State Supreme Court issuing its order approving or denying the parties' global settlement agreement, whichever occurs earlier.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg